UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| OSAYANDE TREVOR JABORO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-02600-TWP-MPB |
| ) | |
| ALEJANDRO MAYORKAS Secretary U.S. ) | |
| Department of Homeland Security, ) | |
| MERRICK B. GARLAND Attorney General of ) | |
| the United States, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Defendants' Motion to Dismiss. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 9/14/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Swaray Edward Conteh
THE FIRM OF FATIMA JOHNSON
contehlaw@att.net

Michelle M. Ramus
DOJ-Civ
michelle.m.ramus@usdoj.gov